IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN SALSBURY, et al,

    Plaintiff,

v.

CITY OF BERKELEY, et al,

    Defendant.

No. C 02-01528 CRB

**Clerk's Notice**

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, August 2, 2002 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same. Counsel for plaintiff shall notify all counsel as to the new time and date. This matter is assigned as an ECF (Electronic Case Filing) case.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 9, 2002

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____/s/_____
    Mary Constantino-Feria
    Courtroom Deputy