UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON MEGGS, RYAN SALSBURY, et al.,     Case Nos. C 02-0693 MHP
           Plaintiffs,                                       C 02-1528 MHP

    v.                                                        JUDGMENT

CITY OF BERKELEY, et al.,

           Defendants.
_____/

       The judgment of this court entering summary judgment as to all claims save one having been affirmed and the order of the court denying summary judgment as to that remaining claim having been reversed and the Court of Appeals having remanded the action to this court to enter summary judgment dismissing plaintiffs' complaint as to all defendants with prejudice,

       IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants on all claims as to all plaintiffs, that plaintiffs take nothing, that the action is dismssed on the merits, and that defendants recover of plaintiffs their costs of action.

       Dated at San Francisco, California, this 30th day of August, 2006.

                                                 _____
                                                 MARILYN HALL PATEL
                                                 United States District Judge